Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA  94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
CRISTOBAL GUERRERO


PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
BEATRICE NA
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8967
beatrice.na@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


CRISTOBAL GUERRERO,

        Plaintiff,

    v.

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

Case No.  1:16-CV-1182- BAM


ORDER EXTENDING BRIEFING SCHEDULE


      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have an extension of time of fifteen (15) days to file her Opening Brief. The parties previously agreed to a first-time extension of thirty (30) days

for the Confidential Letter Brief. (Doc. 13).  Plaintiff's counsel seeks this further extension due to the backlog and rescheduling of multiple filing deadlines unexpectedly caused by previously being out of the office for a significant time due to a serious family illness. Plaintiff shall file her Opening Brief on or before **June 14, 2017**.

Respectfully submitted,

Dated: May 25, 2017

NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
CRISTOBAL GUERRERO

Dated: May 25, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: Beatrice Na*
BEATRICE NA
(*Authorized by email dated 05/25/2017*)
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have a fifteen (15) day extension of time, up to and including **June 14, 2017**, to file Plaintiff's Opening Brief.  All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:  __May 31, 2017__          ___/s/ Barbara A. McAuliffe___
UNITED STATES MAGISTRATE JUDGE